Jeffrey S. Lawson (SBN 99855)
jsl@svlg.com
Kathryn E. Barrett (SBN 162100)
keb@svlg.com
SILICON VALLEY LAW GROUP
50 W. San Fernando Street, Suite 750
San Jose, CA 95113
Phone: (408) 573-5700
Fax:     (408) 573-5701

Attorneys for Verse Two Properties, LLC

IT IS SO ORDERED
Judge Edward J. Davila
Dated: 1/26/2015

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| VERSE TWO PROPERTIES, LLC<br><br>    Plaintiff,<br><br>vs.<br><br>HANGGI MANUFACTURING, INC., a Delaware corporation; BACE INDUSTRIES, LLC, a Colorado limited liability company; BACE CAPITAL PARTNERS, LLC, a Colorado limited liability company; MEDPLAST HOLDINGS, INC., a Delaware corporation; UNITED PLASTICS GROUP, INC., a Delaware corporation; MEDPLAST FREMONT, INC., a Delaware corporation, and Does 1 – 50, inclusive.<br><br>    Defendants. | Case No. 5:14-cv-03765 EJD<br><br>**NOTICE OF DISMISSAL OF COMPLAINT, WITHOUT PREJUDICE, AS TO DEFENDANTS BACE INDUSTRIES, LLC, BACE CAPITAL PARTNERS, LLC, MEDPLAST HOLDINGS, INC. AND UNITED PLASTICS GROUP, INC.** |

Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1), Plaintiff Verse Two Properties, LLC hereby dismisses, without prejudice, the Complaint as to Defendants Bace Industries, LLC, Bace Capital Partners, LLC, Medplast Holdings, Inc. and United Plastics Group, Inc.

Case No. 5:14-cv-03765 EJD

**NOTICE OF DISMISSAL OF COMPLAINT, WITHOUT PREJUDICE, AS TO DEFENDANTS BACE INDUSTRIES, LLC, BACE CAPITAL PARTNERS, LLC, MEDPLAST HOLDINGS, INC. AND UNITED PLASTICS GROUP, INC.**

1

10445645.DOCX

1
2  Dated: January 23, 2015                SILICON VALLEY LAW GROUP
3
4                                          By: /s/ Jeffrey S. Lawson
5                                              Jeffrey S. Lawson
                                                Attorneys for Verse Two Properties, LLC
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

**NOTICE OF DISMISSAL OF COMPLAINT, WITHOUT PREJUDICE, AS TO DEFENDANTS BACE INDUSTRIES, LLC, BACE CAPITAL PARTNERS, LLC, MEDPLAST HOLDINGS, INC. AND UNITED PLASTICS GROUP, INC.**

2

10445645.DOCX