UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERSE TWO PROPERTIES, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MEDPLAST FREMONT, INC.,<br><br>　　　　Defendant. | Case No. 5:14-cv-03765 EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' joint statement filed on February 12, 2015 (Docket Item No. 63), the court has determined that a scheduling conference is premature at this time. Accordingly, the Case Management Conference scheduled for February 19, 2015, is CONTINUED to **10:00 a.m. on April 23, 2015.** The parties shall file an updated Joint Case Management Conference Statement which includes, inter alia, proposed case management deadlines, on or before **April 16, 2015.**

**IT IS SO ORDERED.**

Dated: February 17, 2015

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　United States District Judge