UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERSE TWO PROPERTIES, LLC,<br><br>    Plaintiff,<br><br>   v.<br><br>MEDPLAST FREMONT, INC., et al.,<br><br>    Defendants. | Case No.  5:14-cv-03765-EJD<br><br>**CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Case Management Conference Statement filed on January 14, 2016 (Docket Item No. 118), the Court orders as follows:

1. The deadline for the completion of mediation previously set for March 10, 2016 is CONTINUED to **April 14, 2016**.

2. The Case Management Conference scheduled for January 21, 2016 is CONTINUED to **10:00 a.m. on May 12, 2016**. The parties shall file a Joint Case Management Conference Statement or separate statements if appropriate on or before **May 5, 2016**.

**IT IS SO ORDERED.**

Dated: January 19, 2016

EDWARD J. DAVILA
United States District Judge

Case No.: 5:14-cv-03765-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE