UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERSE TWO PROPERTIES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>MEDPLAST FREMONT, INC., et al.,<br><br>    Defendants. | Case No. 5:14-cv-03765-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Case Management Conference Statement (Dkt. No. 128), the court has determined that a scheduling conference is premature at this time.

Accordingly, the Case Management Conference scheduled for May 19, 2016, is CONTINUED to **10:00 a.m. on August 25, 2016.** The parties shall file an updated Joint Case Management Conference Statement on or before **August 18, 2016.**

**IT IS SO ORDERED.**

Dated: May 9, 2016



EDWARD J. DAVILA
United States District Judge

Case No.: 5:14-cv-03765-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE